In the Matter of the Application of the LIVERIGHT PUBLISHING CORPORATION, Appellant, to Direct and Compel THEODORE DREISER, Respondent, to Submit to Arbitration as to Certain Issues, Pursuant to an Agreement Therefor.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

GUSTAVE KONIGSWALD, Respondent, v. NEW TAXI CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

ESTHER NICOLA, Appellant, v. JAMES P. McEVOY, Respondent. JOSEPH McEVOY, Appellant, v. JAMES P. McEVOY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

PARKE A. GALLEHER, Appellant, v. WILLIS D. WOOD and Others, Individually and as Sole Surviving Partners of the Copartnership of WOOD, COOKE & SEITZ, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

COLLEGE PUBLISHERS' REPRESENTATIVES, INC., Respondent, v. R. J. REYNOLDS TOBACCO COMPANY, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

The IRA J. SHAPIRO CO., INC., Appellant, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

In the Matter of the Estate of EDWARD RICHARDSON SENN, Deceased. ANNA J. SENN, Appellant; ADOLPH E. GUTGSELL, Administrator c. t. a., etc., of EDWARD RICHARDSON SENN, Deceased, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ. [149 Misc. 215.]

LEONARD AMATO, an Infant, by PAUL AMATO, His Guardian ad Litem, Plaintiff, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY and THIRD AVENUE RAILWAY COMPANY, Defendants. In the Matter of the Application of PAUL AMATO, Guardian ad Litem of LEONARD AMATO, an Infant, etc., Appellant; PAUL AMATO and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondents.— Order so far as appealed from modified by surcharging the guardian ad litem in the sum of $400, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.